A COMPLAINT TO THE STATE OF LOUISIANA
APPEALLATE COURT

RECEIVED
MAY 05 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

I, AS A DEFENDANT IN CONTINUAL CUSTODY, SINCE FEBRUARY 11, 2021 CHARGED WITH A FELONY:
C.C.r.P 701 D.(1)(a) "THE TRIAL OF A DEFENDANT CHARGED WITH A FELONY SHALL COMMENCE WITHIN ONE HUNDRED AND TWENTY (120) DAYS IF HE IS IN CONTINUED CUSTODY AND WITHIN ONE HUNDRED EIGHTY (180) DAYS IF HE IS NOT CONTINUED IN CUSTODY.

THE COURT OF COVINGTON, LA, 22ND COURT OF ST. TAMMANY PARISH, HAS BEEN SENDING COURT NOTICES FOR PRE-TRIALS AND JURY TRIALS AS ORDERED BY STATE LAW, C.C.r.P 702.
I WAS NOT AWARE OF BEING NOTIFIED OF STATE LAW ARTICLE 701 D.(1) - RIGHTS FOR A SPEEDY TRIAL, AND FILING A MOTION WITH AN AFFIDAVIT ACCOMPANIED BY COUNCEL ARE PREPARED TO PROCEED TO TRIAL COMMENCING ON THE DATE SET BY THE COURT.
NOR I WAS AWARE OF STATE LAW, C.C.r.P 701 F. - A MOTION FOR A SPEEDY TRIAL, TO BE FILED BY THE DEFENDANT, BUT NOT BY A VERIFIED AFFIDAVIT BY COUNCEL FOR THE DEFENDANT.

IT HAS COME TO MY ATTENSION LATE 2022, THAT THE STATE LAWS, WHICH I HAVE READ A PHOTO COPY OF THE 701 SERIES, ALSO STATES: 701 D.(2) "FAILURE TO COMMENCE TRIAL WITHIN THE TIME PERIODS ABOVE (IN REFERENCE TO STATE LAW C.C.r.P 701 D.(1)(a)) SHALL RESULT IN THE RELEASE OF THE DEFENDANT WITHOUT BAIL OR IN THE DISCHARGE OF THE BAIL OBLIGATION, IF AFTER CONTRADICTORY HEARING WITH THE DISTRICT ATTORNEY, JUST CAUSE FOR THE DELAY IS NOT SHOWN."

I WAS NEVER GIVEN ANY "JUST CAUSE FOR THE DELAYS" NOR THE JUDGE GAVE NO REASON EITHER, NOR THE D.A.
AS EVERY MOTION/QUASH HAS BEEN DENIED BY JUDGE WILLIAM J. BURRIS. SUCH AS 701 RELEASE - DENIED, BOND/BAIL REDUCTION - DENIED, CHARGE REDUCTION TO MISDEMENORS - DENIED AND A FEW OTHERS.
JUDGE BURRIS IS PREJUDCED AGAINST ME, AS IS THE D.A.

A COMPLAINT TO THE STATE OF LOUISIANA APPEALLATE COURT

I HAVE NEVER BEEN IN JAIL BEFORE.

I MADE LOUISIANA AS MY HOME STATE. MOVED HERE IN JULY 2015 FROM MODESTO, CA. MY WIFE PASSED AWAY IN OCTOBER 19, 2011.

<u>8TH AMENDMENT</u> "EXCESSIVE BAIL SHALL NOT BE REQUIRED, OR EXCESSIVE FINES IMPOSED, NOR CRUEL AND UNUSUAL PUNISHMENTS BE INFLICTED"

THIS COMMISSIONER HAS VIOLATED THIS AMENDMENT BY HIS FLAUNTING THIS 8TH AMENDMENT OF $500,000.00 AND BY DELIBERATELY KEEPING ME IMPRISONED AGAINST MY WILL. I'VE BEEN PUNISHED ENOUGH WITH JAIL OF OVER 2 YEARS. 2 YEARS, 2 MONTHS. AS OF JUNE 1, 2023, 842 DAYS IN JAIL. AND PAST THE 120 DAY TIME LIMITATION AS SET BY STATE LAW — 722 DAYS PAST. (FOR EXAMPLE <u>IF</u> NO TRIAL IN COURT HAS COMMENCED BY THEN ON THAT DATE OF JUNE 1, 2023)

<u>13TH AMENDMENT</u> "NEITHER SLAVERY NOR INVOLUNTARY SERVITUDE, EXCEPT AS A PUNISHMENT FOR CRIME WHEREOF <u>THE PARTY SHALL HAVE BEEN DULY CONVICTED</u>, SHALL EXIST WITHIN THE UNITED STATES, OR ANY PLACE SUBJECT TO THEIR JURISDICTION."

AS OF THE DATE, APRIL 30, 2023, I HAVE <u>NOT</u> BEEN "DULY CONVICTED" AND STILL BEING PUNISHED DIRECTLY BY THE D.A.'s JUDGE BURRIS AND SHERIFF RANDY SMITH.

<u>14TH AMENDMENT</u> "EQUAL PROTECTION UNDER THE LAWS"

"..... NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE PRIVILEGES OR IMMUNITIES OF CITIZENS OF THE UNITED STATES, NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY OR PROPERTY, WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAWS."

SEVERAL JUDGES HAVE NOT REDUCED BOND/BAIL TO MAKE BAIL/BOND MORE AFFORDABLE.

MY BAIL IS NOT UNIQUE. THERE ARE MANY WITH EXCESSIVE BAIL.

A COMPLAINT TO THE STATE OF LOUISIANA
APPEALLATE COURT

A FEW MOTIONS WERE MADE AS "TRUE COPIES" BY THE COURT.

I WAS TOLD BY CURRENT COUNCEL JOHN OF THE NORTHSHORE DEFENDERS (PUBLIC DEFEDERS), THAT THIS JUDGE BURRIS AND THE D.A. WILL NOT TAKE INTO CONSIDERATION MY AGE AND HEALTH. (71 YEARS OLD AND POOR HEALTH) AND MY FIRST TIME IN JAIL. ONLY THING THESE TWO WANT IS NOTHING ELSE BUT TO PUT ME IN PRISON FOR 10 TO 15 YEARS. MADE AN EXAMPLE. THAT IS NOT "JUSTICE", THE COMMISSIONER AND SHERIFF (4 STATE PEOPLE) ARE EQUALY GUILTY OF ABUSE OF THEIR OFFICES, BY WILLFUL AND CALLOUS DISREGUARD OF THEIR OATH OF OFFICE. AND HAVING EVIL INTENT. THEY ARE TO TAKE SERIOUSLY "TO UPHOLD STATE LAWS AND THE CONSTITUTION OF THE UNITED STATES TO PROTECT AND DEFEND THIS COUNTRY FROM ENEMIES, FOREIGN OR DOMESTIC. SO HELP ME GOD!"

THIS JUDGE, D.A. ARE FLAUNTING STATE LAWS AND SEVERAL U.S. CONSTITUTION AMENDMENTS. ADD THE COMMISSIONER AND SHERIFF ALSO.

VIOLATIONS:
C.C.h.P 701D.(1)(2) 120 DAY TIME LIMIT
C.C.h.P 701D.(2) DEFENDANT RELEASE, IF NO TRIAL.

5TH AMENDMENT (THE MIRANDA DECISION OFFERS ZERO PROTECTION FROM SELF INCRIMINATION) SCRAP THE MIRANDA DECISION. IN MY OPINION, REWORD/WRITE IN PROTECTION OR STRIKE IT FROM LAW - USELESS. THE 5TH AMENDMENT DOES OFFER PROTECTION.

I WISH TO RECIND THE MIRANDA DECISION FORM, AS IT IS UNCONSTITUTIONAL, THE FORM I DID SIGN.

6TH AMENDMENT "... THE ACCUSED SHALL ENJOY THE RIGHT TO A SPEEDY AND PUBLIC TRIAL ...."

IN THE LAST COUPLE WEEKS, BEEN TO A ZOOM PRE-TRIAL. APRIL 20, 2023. MY EARS ARE BAD, BEEN TOLD A FEW DAYS LATER, THE D.A. OFFERED 10 YEARS. I REFUSED THIS BAD DEAL. I HAVE NOT KILLED ANYONE, NOR USED GUNS IN ANY CRIME. NON VIOLENT OFFENDER.
THIS JUDGE AND D.A. SHOULD BE LIENIENT WITH ME, AS

3 OF 5

A COMPLAINT TO THE STATE OF LOUISIANA
   APPEALLATE COURT

I WAS GOING ON STATE LAWS OF CALIFORNIA:

TO PARAPHRASE: THE DEFENDANT FORMALLY CHARGED, IF NOT BROUGHT TO TRIAL WITHIN A SPECIFIED TIME, TO BE RELEASED AND CHARGES DROPPED/EXPUNGED, (USUALLY ADMONISHED BY A JUDGE TO HAVE THE DEFENDANT PROMISE NOT TO DO WHAT HE/SHE DID/ACCUSED OF NOT AGAIN.) USUALLY THE "SHOCK VALUE" SIMILAR TO "TOUGH LOVE" IN JAIL IS ENOUGH TO NOT BE A REPEAT OFFENDER.
THIS IS FOR THE FIRST TIME INMATE.
SO, I MUST ASK "IS PRISON ALWAYS THE ANSWER FOR EVERY FELONY?" ANY ALTERNATIVES?

   MY DEAL:

DROP ALL CHARGES/EXPUNGEMENT OF FELONY RECORD,
· I GO TO A CONVELESCENT HOSPITAL NEAR LA FITTE, LA. AS THERE IS A DEVOUT CHRISTIAN LADY WHO KNOWS I WANT TO MARRY HER.
SINCE BEING ARRESTED, I KNOW WHY AFTER A FEW DAYS: GOD HAS USED HIS "TOUGH LOVE" ON THE JEWS MANY TIMES OVER THE CENTURIES TO GET THEM TO RETURN TO HIM. AS THEY TURNED AWAY, BECOME DEFEATED, TAKEN AS SLAVES, SUCH AS BABYLON, OR TO THE ASSYRIANS. THEY PRAYED FOR DELIVERANCE. GOD WOULD THEN GRANT THEIR PRAYER, BRING THE EXILES BACK TO ISRAEL AND JUDAH.
I'M NOT MUCH DIFFERENT- I TURNED AWAY FROM GOD. THIS IS THE RESULT- I HAVE LITERALLY LOST EVERYTHING AS A RESULT OF DISOBEYING THE LORD MY GOD. MY LATE WIFE'S ITEMS, ONLY 2 PICTURES OF MY MOM (SHE DIED NOVEMBER 1952 WHEN I WAS 17 MONTHS OLD -INDEPENDENCE, MO. NEVER SEEN/FOUND CORONOR'S REPORT.) LATE FATHER'S PHOTOS WW2 MARINE ISLAND HOPPER-SPECIAL WEAPONS, AUNT AND UNCLES HOUSEHOLD ITEMS, TOOLS, MY TOOLS, SOME SPECIALLY MADE - I AM A RETIRED CANNERY MECHANIC (MFA) SPECIALIST, ELECTRICAL, ELECTRONICS, COMPUTER TEST EQUIPMENT/TOOLS, AUTOMOTIVE DIESEL/GAS TOOLS, MUCH MORE TOOLS + PARTS FOR GUNSMITHING.
ALL WRITTEN HERE, PLUS ALL MY CLOTHES, WALLET, PRESCRIPTION GLASSES/BIFOCALS (NEARSIGHTED) SHOES, ETC, CONFISCATED BY INDIAN HILLS NUDIST PARK, SLIDELL, LA. RESIDENT FROM MID JULY 2015 TO ARREST FEBRUARY 11, 2021.

   4 OF 5

A COMPLAINT TO THE STATE OF LOUISIANA

APPEALLATE COURT

AFTER RECEIVING MY FIRST BIBLE IN JAIL, I ALSO HAD A LARGER PRINT BIBLE GIVEN TO ME IN 2022. HAVE MADE HUNDREDS OF NOTES OF EITHER PASSAGES/VERSES OR FOOT NOTES I'VE FOUND VALUABLE. I AM <u>NOT</u> A PHONEY CHRISTIAN. I AM ASKING THIS COURT TO PLEASE READ MY COMPLAINT EVEN THOUGH MY CASE HAS <u>NOT</u> BEEN HEARD YET. I AM <u>NOT</u> A "DANGER TO SOCIETY." I ASK MY BACKGROUND BE CHECKED. AS, I HAD NO PROBLEM FILLING OUT ATF FORM 4473. IN EARLY 70'S, HAD AN F.B.I. SECURITY CLEARANCE OF "CLASSIFIED".

THANK YOU, GOD BLESS YOU,

*Richard Charles Owings*

RICHARD CHARLES OWINGS — C-200/230
INMATE ID: 219879
CASE: 240722
BOOKED: FEBRUARY 11, 2021
P.O. BOX 908
COVINGTON, LA 70434

PS: I FEEL THE COURT HERE IS NOT EVEN TRYING TO BE FAIR AND IMPARTIAL. CAN'T TRUST THE D.A. AND JUDGE. THEY ARE PURPOSELY BREAKING STATE LAW AND CONSTITUTION, LAW OF THE LAND, TO ENFORCE THE LAWS. BECAUSE OF THE GREED FOR POWER AND GREED FOR MONEY IS GREAT. ALSO PERVERTING THE LAWS.

GOD HAS FORGIVEN ME. WHY CAN'T THEY?

GOD SAID "DO NOT TOUCH MY CHOSEN PEOPLE"
GOD'S WARNING AND PROMISE

5 OF 5

RICHARD C. OWINGS
C-200/230
P.O. Box 908
COVINGTON, LA 70434

LEGAL MAIL

SCREENED OK
U.S. MARSHAL

DEPUTY CLERK: SHAWNA M. BERGGRAIN

HAND CANCEL

DISTRICT COURT OF
U.S. APPEALS
777 FLORIDA ST. SUITE 139
P.O. Box 448
BATON ROUGE, LA
70801

